DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UOWEIT, LLC** and **JOHN FLEMING,**
Appellants,

v.

**LITIGATION LAWYERS PROFESSIONAL ASSOCIATION,**
Appellee.

No. 4D22-929

[April 20, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE18-024518.

Daniel Bushell of Bushell Law, P.A., Fort Lauderdale, for appellants.

Stephen Rakusin of Litigation Lawyers Professional Association, Fort Lauderdale (withdrew after filing answer brief), and Ofer M. Amir of The Amir Law Firm, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***